

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 5, 2015  12

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-11-00191-CV
          Trial Court Case Number:    D-1-GN-11-000917

Style:    Cleve Foster and Humberto Leal
        v. Texas Department of Criminal Justice

Dear Honorable Velva L. Price:

The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

Plaintiff's exhibit 4 (cassette tape, side A and B).

Very truly yours,

Jeffrey D. Kyle, Clerk

**Filed In The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
**Velva L. Price, District Clerk**